EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR03 00198 DAE |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | [18 U.S.C. §2113(a)] |
| BRENT AKITOSHI MURAKAWA, | ) | |
| Defendant. | ) | |

<u>INDICTMENT</u>

[18 U.S.C. §2113(a)]

The Grand Jury charges:

On or about January 30, 2003, in the District of Hawaii, defendant BRENT AKITOSHI MURAKAWA, by intimidation, did attempt to take from the person and presence of another money belonging to, and in the care, custody, control, management, and

possession of American Savings Bank, a bank as defined in Title 18, United States Code, Section 2113(f).

All in violation of Title 18, United States Code, Section 2113(a).

DATED: April __, 2003, at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

*[signature]*

RONALD G. JOHNSON
Chief, Violent Crime Section

*[signature]*

EDRIC M. CHING
Assistant U.S. Attorney

United States v. Brent Akitoshi Murakawa
Cr. No._____
"Indictment"